UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROMOND HENRY                                          CIVIL ACTION

VERSUS                                                NO.: 12-0691

MARLIN GUSMAN                                         SECTION: "B"(4)

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Romond Henry's 42 U.S.C. § 1983 claims against the defendant Orleans Parish Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 5th day of September, 2012.

UNITED STATES DISTRICT JUDGE